# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4240

_____

JOSEPH TURNER,

Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

October 25, 2019

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

RAY, C.J., and MAKAR and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Joseph Turner, pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Eric Salvatore Giunta, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.